UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Magistrate Case No. '08 MJ 2519 |
| Plaintiff, ) | |
| ) | COMPLAINT FOR VIOLATION OF |
| v. ) | |
| ) | Title 8, U.S.C., Section 1326 |
| **Svyatoslav Igorevich KONSHIN,** ) | Attempted Entry After Deportation |
| Defendant. ) | |

FILED
2008 AUG 14 AM 11:27
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
DEPUTY

The undersigned complainant being duly sworn states:

On or about **August 13, 2008**, within the Southern District of California, defendant **Svyatoslav Igorevich KONSHIN**, an alien, who previously had been excluded, deported and removed from the United States to **Ukraine**, attempted to enter the United States with the purpose; i.e. conscious desire, to enter the United States at the **San Ysidro, California, Port of Entry**, without the Attorney General of the United States or his designated successor, the Secretary of the Department of Homeland Security (Title 6, United States Code, Sections 202(3) and (4), and 557), having expressly consented to the defendant's reapplication for admission into the United States; in violation of Title 8, United States Code, Section 1326.

SIGNATURE OF COMPLAINANT
Alfredo Loperena, Enforcement Officer
U.S. Customs and Border Protection

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE THIS 14th DAY OF **AUGUST, 2008.**

UNITED STATES MAGISTRATE JUDGE

## PROBABLE CAUSE STATEMENT

On August 13, 2008, at approximately 9:15 AM, **Svyatoslav Igorevich KONSHIN (Defendant),** attempted to enter the United States from Mexico through the San Ysidro, California, Port of Entry vehicle lanes. A United States Customs and Border Protection (CBP) Canine Enforcement Officer was conducting pre-primary operations when his Human/Narcotics Detector Dog alerted to the trunk of a silver 2006 Nissan Altima. A CBP Officer conducted a visual inspection of the interior of the vehicle's trunk and discovered five individuals concealed inside. Defendant was one of five individuals found concealed inside the trunk. The vehicle, Defendant and other occupants were referred to the secondary area for further investigation.

In secondary, Defendant was queried by fingerprint submission through the Integrated Automated Fingerprint Identification System (IAFIS). IAFIS returned a match to the query revealing Defendant's identity and linking him to FBI and Immigration records.

Queries through the Central Index System (CIS) and the Deportable Alien Control System (DACS) identify Defendant as a citizen of Ukraine without any entitlements to enter the United States. DACS records indicate Defendant was ordered deported from the United States by an Immigration Judge on or about September 22, 2003, and was physically removed from the United States to Ukraine through San Francisco, California on or about April 30, 2008. Immigration records contain no evidence that Defendant has applied for, or received permission from the Attorney General or the Secretary of Homeland Security to legally re-enter the United States.