✎AO 458 (Rev. 10/95)   Appearance

# UNITED STATES DISTRICT COURT

DISTRICT OF

**APPEARANCE**

Case Number:

To the Clerk of this court and all parties of record:

　　Enter my appearance as counsel in this case for

　　I certify that I am admitted to practice in this court.

_____ 　　　　　 /s/  Gregory T. Murphy
Date                                                       _____
                                                            Signature

                                                            _____
                                                            Print Name                         Bar Number

                                                            _____
                                                            Address

                                                            _____
                                                            City               State            Zip Code

                                                            _____
                                                            Phone Number                    Fax Number

1  **GREGORY T. MURPHY**
   California State Bar No. 245505
2  **FEDERAL DEFENDERS OF SAN DIEGO, INC.**
   225 Broadway, Suite 900
3  San Diego, CA 92101-5008
   (619) 234-8467/Fax: (619) 687-2666
4  E-Mail: gregory_murphy@fd.org

5  Attorneys for Svyatoslav Igorevich Konshin

6

7

8                    UNITED STATES DISTRICT COURT

9                  SOUTHERN DISTRICT OF CALIFORNIA

10                  **(HONORABLE RUBEN B. BROOKS)**

11 UNITED STATES OF AMERICA,          )    Case No. 08MJ2519
                                      )
12           Plaintiff,               )
                                      )
13 v.                                 )    **CERTIFICATE OF SERVICE**
                                      )
14 SVYATOSLAV IGOREVICH KONSHIN,      )
                                      )
15           Defendant.               )
   _____)

16

17      Counsel for Defendant certifies that the foregoing pleading is true and accurate to the best of his

18 information and belief, and that a copy of the foregoing document has been served this day upon:

19                        U.S. Attorney CR
                       Efile.dkt.gc2@usdoj.gov
20

21                                    Respectfully submitted,

22

23 DATED:      August 21, 2008          /s/ Gregory T. Murphy
                                        **GREGORY T. MURPHY**
24                                      Federal Defenders of San Diego, Inc.
                                        Attorneys for Svyatoslav Igorevich Konshin
25

26

27

28